UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICE R. COLE,<br><br>        Petitioner,<br><br>    v.<br><br>BANK OF AMERICA, LLC, et al.,<br><br>        Respondents. | Case No. MC 11-348-UA(CWx)<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: Sept 7, 2011

_____
Audrey B. Collins
United States District Judge