UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PATRICE R. COLE, )<br>            )<br>      Petitioner, )<br>            )<br>      v.      )<br>            )<br>BANK OF AMERICA, LLC, et al., )<br>            )<br>      Respondents. )<br>_____ ) | Case No. MC 11-348-UA(CWx)<br><br>JUDGMENT |

**IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: _____Sept 7, 2011_____

_____
Audrey B. Collins
United States District Judge